01

02

03

04

05

06                     UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  RUSTY BOSCHEE,                    )    CASE NO.: C08-0152-RSL
                                      )
09        Petitioner,                 )
                                      )
10  v.                                )    REPORT AND RECOMMENDATION
                                      )
11  ROBERT J. PALMQUIST,              )
                                      )
12        Respondent.                 )
    _____  )
13

14        Petitioner is currently in custody at the Federal Detention Center at SeaTac, Washington

15  ("FDC SeaTac").  He submits to this Court for review a petition for writ of habeas corpus under

16  28 U.S.C. § 2241 together with an application to proceed with this action *in forma pauperis*.  He

17  alleges that a policy governing visitors for pretrial detainees is unconstitutional.

18        A writ of habeas corpus may issue only upon a finding that a prisoner is "in custody in

19  violation of the Constitution or laws or treaties of the United States."  28 U.S.C. § 2241(c)(3).

20   In *Preiser v. Rodriguez* , 411 U.S. 475, 484 (1973), the Supreme Court explained that "the

21  essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and

22  that the traditional function of the writ is to secure release from illegal custody."  Here,

REPORT AND RECOMMENDATION
PAGE -1

01 petitioner's assertions do not constitute an attack on the legality of his custody.  Instead, petitioner

02 attacks the conditions of his current confinement.  Such claims may be brought in an action under

03 *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971), but are not cognizable

04 in an action brought under § 2241.

05       Accordingly, this Court recommends that petitioner's application for leave to proceed *in*

06 *forma pauperis* be denied and that this federal habeas action be dismissed with prejudice.  A

07 proposed order accompanies this Report and Recommendation.

08       DATED this 25th day of February, 2008.

09

10                     Mary Alice Theiler
                    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

REPORT AND RECOMMENDATION
PAGE -2