UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RUSTY BOSCHEE, | ) | CASE NO.: C08-0152RSL |
| Petitioner, | ) | |
| v. | ) | ORDER DISMISSING FEDERAL HABEAS PETITION |
| ROBERT J. PALMQUIST, | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Judge Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED, and this federal habeas action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

Dated this 24th day of March, 2008.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING FEDERAL HABEAS PETITION
PAGE -1